AO 245B (MIWD Rev. 12/16)- Judgment in a Criminal Case
Judgment – Page 2
Defendant: JOSEPH FRANCIS BRISSON, II
Case Number: 1:19-cr-231-01

**FILED - GR**
October 8, 2021 12:35 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 10-8

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **ninety-six (96) months on each of Counts 1, 2, and 3, all terms to run concurrently**.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant receives a mental health evaluation and recommended treatment.

That the defendant's medical needs are addressed.

That defendant is designated to Elkton FCI.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 P.M. on _____
  ☒ as notified by the United States Marshal, **but no sooner than May 1, 2021**.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant ~~delivered~~ self surrendered on May 4th, 2021 to FCI Loretto at Loretto, Pennsylvania, with a certified copy of this judgment.

V. Moser - Warden
~~United States Marshal~~

By: _____ - CSO
~~Deputy United States Marshal~~